STATE of Missouri, Plaintiff/Respondent,

v.

Gerald JONES, Defendant/Appellant.

Gerald JONES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 62776, 66878.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury for burglary in the second degree, § 569.170, RSMo 1994. He was sentenced by the court as a prior, persistent and class X offender to a ten year prison term. Defendant also appeals from the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court was not clearly erroneous. An opinion would have no prece-dential value nor serve any jurisprudential purpose. The judgment is affirmed pursuant to Rules 30.25(b) and 84.16(b).